ACCEPTED
01-14-00561-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 6:43:28 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-14-00561-CR

| | | |
|---|---|---|
| **JONATHAN ROSARIO** | § | **IN THE FIRST COURT** |
| | § | |
| **V.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 6:43:28 PM
CHRISTOPHER A. PRINE
Clerk

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW JONATHAN ROSARIO, the Appellant in the above styled and numbered cause, and pursuant to Rule 10 of the Rules of Appellate Procedure files this Motion requesting that the Court extend the time for filing the Appellant's brief in this cause, and in support shows as follows:

#### A.

1. The case is on appeal from the 186th District Court, Bexar County, Texas.

2. The style and number of the case in the trial court is State v. Jonathan Rosario, Cause No. 2013-CR-5658.

3. The Appellant was charged with the offense of murder.

4. Punishment was assessed at imprisonment for 40 years.

5. The present deadline for filing the Appellant's brief is January 29, 2015.

6. The Appellant seeks an extension of time of 90 days until April 29, 2015.

1

7.     This is the Appellant's first motion for extension of time by undersigned counsel to file the Appellant's brief.

B.

This extension is not sought for the purpose of delaying this appeal, but for the following reason:

1.     Counsel would show that counsel has been preparing for a January 26, 2015 federal white collar trial in United States v. Worsham in the Western District of Texas; has also been preparing for a capital murder trial in State v. Ramos on January 30, 2015 in the 290th District Court, Bexar County, Texas; counsel has a brief due on January 30, 2015 in a death penalty case in the Fifth Circuit in Castillo v. Stephens; counsel has a federal trial in the Western District of Texas in United States v. Alderete on February 2, 2015; counsel has a clemency petition due in a capital murder trial in State v. Garza on February 13, 2015; counsel has a trial in County Court No. 4, Bexar County, Texas in State v. Hewitt on February 27, 2015; counsel has a trial in County Court No. 12, Bexar County, Texas in State v. Olson on March 3, 2015; counsel has a trial in a federal case in the Western District of Texas in United States v. Bailes on March 9, 2015; counsel has a felony set for trial in the 216th District Court in State v. Jeffrey on March 17, 2015; and counsel has a federal trial set for

March 30, 2015 in <u>United States v. Mazaheri</u> in the Western District of Texas.

2.     The Appellant needs additional time in the case at bar to review the record and to conduct the necessary research to adequately prepare the Appellant's brief.

C.

On January 12, 2015, counsel conferred with counsel for the State, Jay Brandon, and he stated that he is unopposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court grant an extension of time up to and including April 29, 2015 for filing the Appellant's brief.

Respectfully submitted,

GROSS & ESPARZA, P.L.L.C.


/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas  78205
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Appellant,
JONATHAN ROSARIO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was emailed to Enrico Valdez at jeanette.canales@bexar.org on the 13th day of January 2015.


/s/ Michael C. Gross